**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| IN RE: Blackjewel, L.L.C., et al. | § | BK NO. 19-30289 |
| Debtor. | § | |
| Blackjewel Liquidation Trust by and through David J. Beckman, Trustee | § | |
| Plaintiff, | § | |
| v. Kopper Glo Mining, LLC; INMET Mining, LLC; and LR-Revelation Holdings, L.P. | § | AP NO. 22-03001 |
| Defendant. | § | |

**CORPORATE OWNERSHIP STATEMENT [RULES 1007(a)(1) & 7007.1]**

Pursuant to Federal Rules of Bankruptcy Procedures 1007(a)(1) and 7007.1, the undersigned corporation INMET Mining, LLC (name of corporation ) certifies that:

1. ☐ the following is a complete and accurate list of corporation(s) that directly or indirectly own(s) 10% or more of any class of its equity interests:

**OR**

2. ☑ there are no entities to report under FRBP 1007(a)(1) or 7007.1.

The undersigned corporation further acknowledges its duty to file a supplemental statement promptly upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

December 7, 2022
Date

INMET Mining, LLC
Name of corporation

By: /s/ Rodney A. Smith

Its: Attorney

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Blackjewel, L.L.C., *et al.*, | ) | Case No. 19-30289 |
| | ) | |
| Former Debtors. | ) | (Jointly Administered) |
| | ) | |
| BLACKJEWEL LIQUIDATION TRUST by and through DAVID J. BECKMAN, TRUSTEE, | ) | Adv. Proceeding No. 3:22-ap-03001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KOPPER GLO MINING, LLC; INMET MINING, LLC; and LR-REVELATION HOLDINGS, L.P., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

Counsel for Kopper Glo Mining, LLC does hereby certify that the foregoing **INMET Mining, LLC's Corporate Ownership Statement** was served via the Court's CM/ECF system to all registered users in the case, this 7th day of December, 2022 to the following:

Kyle F. Arendsen
Stephen D. Lerner
Scott A. Kane
Travis A. McRoberts
Squire Patton Boggs (US) LLP
201 E. Fourth St., Suite 1900
Cincinnati, Ohio 45202
Telephone: 513.361.1200
Facsimile: 513.361.1201
stephen.lerner@squirepb.com
travis.mcroberts@squirepb.com
kyle.arendsen@squirepb.com

Joe M. Supple
Supple Law Office, PLLC
801 Viand St.
Point Pleasant, WV 25550
Telephone: 304.675.6249
Facsimile: 304.675.4372
joe.supple@supplelawoffice.com

*Counsel for the Blackjewel Liquidation Trust, LLC*

James C. Dugan
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: 212-728-8654
Facsimile : 212-728-9654
jdugan@willkie.com

Jennifer Hardy
Willkie Farr & Gallagher LLP
600 Travis Street
Houston, TX 77002
713-510-1766
jhardy2@willkie.com

*Counsel for LR-Revelation Holdings, L.P.*

/s/ *Rodney A. Smith*
Rodney A. Smith (WVSB # 9750)
108 ½ Capitol Street, Suite 300
Charleston, WV 25301
Telephone: (304) 342-0550
Facsimile: (304) 344-5529
rod@LawWV.com

*Counsel for Kopper Glo Mining, LLC*
*And INMET Mining, LLC*